NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
ROBERT F. CONTE
Assistant United States Attorney
California Bar Number 157582
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6607
    Facsimile: (213) 894-0115
    E-mail: robert.conte@usdoj.gov
Attorneys for United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>OSCAR D. ALCERRO, JR.,<br><br>    Defendant. | Case No. 2:19-cv-04874-CAS(AFMx)<br><br>[Proposed] FINAL ORDER AND JUDGMENT PERMANENTLY ENJOINING OSCAR D. ALCERRO, JR. |

    As stated by the parties in the Stipulation for Entry of Final Order and Judgment,

    1.    Plaintiff, United States of America, commenced this civil action by filing the United States' "Complaint To Enjoin Defendant From (1) Preparing and Filing Tax Returns, Or Aiding And Assisting In The Preparation and Filing Of Tax Returns, Or (2) Representing Clients Before Internal Revenue Service."

    2.    Defendant, OSCAR D. ALCERRO, JR., admits the allegations of the Complaint, consents to entry of a Final Order and Judgment of permanent injunction without further notice, waives the entry of findings of fact and conclusions of law, and waives any right he may have to appeal.

-1-

3. The Court has jurisdiction over this action pursuant to 26 U.S.C. §§ 7401, 7402(a), and 7407, and 28 U.S.C. §§ 1340 and 1345.

NOW, THEREFORE, in accordance with the parties' stipulation described above, it is ORDERED, ADJUDGED and DECREED that

4. OSCAR D. ALCERRO, JR., is permanently enjoined from:
   a. Preparing and filing federal income tax returns and federal payroll tax returns (acting as a tax return preparer within the meaning of Section 7701(a)(36) of the Internal Revenue Code);
   b. Taking any action in furtherance of aiding, assisting, advising, preparing, and filing for compensation tax returns of third-party taxpayers; or
   c. Representing taxpayers before the Internal Revenue Service.

5. OSCAR D. ALCERRO, JR., is permitted to prepare and file federal tax returns for himself and his legal spouse.

6. This Court shall retain jurisdiction for the purpose of implementing and enforcing the Final Order and Judgment.

**IT IS SO ORDERED.**

Dated: June 6, 2019

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
　　/s/ Robert F. Conte
ROBERT F. CONTE
Assistant United States Attorney

Attorneys for United States of America